**AUBURN REGIONAL MEDICAL CENTER, et al., Appellants**

v.

**Kathleen SEBELIUS, Secretary, Department of Health and Human Services, Appellee.**

No. 10–5115.

United States Court of Appeals, District of Columbia Circuit.

April 24, 2013.

Robert L. Roth, Hooper, Lundy & Bookman, PC, Washington, DC, for Appellants.

Samantha Lee Chaifetz, Stephanie Robin Marcus, Mark B. Stern, U.S. Department of Justice, R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellee.

Before: HENDERSON and GRIFFITH, Circuit Judges, and WILLIAMS, Senior Circuit Judge.

On Remand from the United States Supreme Court

### JUDGMENT

This matter came to be heard on remand from the United States Supreme Court and the motions of the parties to govern future proceedings. On consideration thereof, it is

**ORDERED** that this court's judgment filed June 24, 2011, be vacated. It is

**FURTHER ORDERED** and **ADJUDGED** that the judgment of the district court dismissing the plaintiffs' complaint be affirmed.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.